UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL S. HOULIHAN,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF LIBERTY LAKE, et al,<br><br>        Defendants.<br>_____ | NO.  CV-07-266-RMP<br><br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

BEFORE the Court is the Stipulated Motion to Dismiss with Prejudice and without Costs to Either Party (Ct. Rec. 68).  Having considered the Stipulation of the parties (Ct. Rec. 68) and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises.  Accordingly,

**IT IS HEREBY ORDERED:**

1) That the Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party, and

2) All pending motions in this case are deemed moot.

The District Court Executive is ordered to **ENTER THIS ORDER,** furnish copies to counsel, and **CLOSE** this file.

**DATED** this 6th day of April, 2010.

                          *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                            DISTRICT COURT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE -1